# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:19-CR-00033-JCM-VCF |
| DEMETRICK LEE TELLIS, II, | **ORDER** |
| Defendant. | |

Before the court is Defendant's Motion to Suppress (ECF NO. 26).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on Defendant's Motion to Suppress (ECF NO. 26) is scheduled for 10:00 AM, May 15, 2019, in Courtroom 3B.

DATED this 1st day of May, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE