NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6059
FAX: (702) 388-5087
Linda.j.mott@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEMETRICK LEE TELLIS, II<br><br>Defendant. | Case No. 2:19-cr-033-JCM-VCF<br><br>**MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

The United States of America by NICHOLAS A. TRUTANICH, United States Attorney for the District of Nevada, and Linda Mott, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant DEMETRICK LEE TELLIS, II.

/ / /

/ / /

/ / /

/ / /

1

1 | DATED this 22nd day of August, 2019.
2 |
3 |         Respectfully submitted,
4 |         NICHOLAS A. TRUTANICH
5 |         United States Attorney
6 |         */s/ Linda Mott*
7 |         LINDA MOTT
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Linda Mott, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and further certify that a copy of the foregoing motion was served electronically upon counsel for the defendant by the EM/ECF electronic system.

/s/ Linda Mott
LINDA MOTT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DEMETRICK LEE TELLIS, II

Defendant.

Case No. 2:19-cr-033-JCM-VCF

**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE**

Pursant ant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant DEMETRICK LEE TELLIS, II, contained in the Indictment in case number 2:19-cr-033-JCM-VCF.

.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Linda Mott
LINDA MOTT
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant DEMETRICK LEE TELLIS, II, contained in the Indictment in case number 2:19-cr-033-JCM-VCF.

DATED September 10, 2019.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE